

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Samantha Tianne Erickson v. Lee Robert Erickson

Appellate case number:   01-19-00481-CV

Trial court case number: 2013-10540

Trial court:             308th District Court of Harris County

      The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration of the denial of appellant's request for temporary relief.* It is ordered that appellant's motion for reconsideration and en banc reconsideration is **denied**.

Judge's signature: /s/  Sarah B. Landau_____
                       Acting for the En Banc Court

Date:  July 12, 2019

* En banc court consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.